# Bryn Mawr Trust Co., Admr., Appellant, *v.* Baldt et ux. (No. 2).

*Appeals—Equally divided court—Affirmance of judgment.*
Where the six members of an appellate court are equally divided as to the disposition of a case, the judgment will be affirmed.

Reargued May 25, 1920. Appeal, No. 21, Jan. T., 1920, by plaintiff, from order of C. P. No. 1, Phila. Co., March T., 1917, No. 4312, entering judgment for defendant n. o. v., in case of Bryn Mawr Trust Co., Administrator d. b. n. c. t. a. of estate of David M. Hess, deceased, in succession to Alice Hess et al., executors of David M. Hess, deceased, v. Frederick Baldt and Lulu Jackson Baldt,

his wife, mortgagors, and the said Lulu Jackson Baldt, real owner.  Before BROWN, C. J., STEWART, MOSCH-ZISKER, FRAZER, WALLING and KEPHART, JJ.  Affirmed.

Scire facias sur mortgage.  Before PATTERSON, J.

The case involved the enforceability of a mortgage given as collateral security under an agreement for exchange of properties.

The jury returned a verdict for plaintiff for $5,166.50. The court subsequently entered judgment for defendant n. o. v.  Plaintiff appealed.

*Errors assigned* were (1, 2) as in preceding case, except that record was quoted, (3) entry of judgment for defendant, quoting motion and allowance of motion, and (4) judgment, quoting it.

*Daniel C. Donoghue,* with him *Anthony A. Hirst,* for appellant.

*George J. Edwards, Jr.,* with him *John H. Maurer,* for appellee.

PER CURIAM, June 26, 1920:

The six members of the court who heard this appeal being equally divided in their views as to what disposition ought to be made of it, it must fall.

Judgment affirmed.